IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABELARDO JASSO, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-4624 |
| | § | |
| PENNYMAC LOAN SERVICES, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Abelardo Jasso, Sr. sued PennyMac Loan Services, LLC, PNMAC Mortgage Co., LLC, and Wilmington Trust, N.A. in Texas state court over a foreclosure dispute. (Docket Entry No. 1-3). The defendants timely removed. (Docket Entry No. 1). Before removing, Wilmington filed a counterclaim, seeking foreclosure. (Docket Entry No. 1-3 at 100). In May 2019, the court granted Wilmington's motion to add Roxana Jasso, coborrower on the loan agreement. (Docket Entry Nos. 9, 10). Roxana Jasso did not respond, and default was entered against her. (Docket Entry No. 27).

The defendants separately moved for summary judgment. (Docket Entry Nos. 16, 17, 18). Abelardo Jasso did not respond. PennyMac Loan Services, LLC and PNMAC Mortgage Co., LLC now move to abate this case pending the decision on the summary judgment motions. (Docket Entry No. 30).

The court will treat this as a motion for extension of time, and it is granted. (Docket Entry No. 30). If the motion for summary judgment is denied, in whole or in part, the parties must file their joint pretrial order by November 22, 2019, and appear at a final pretrial conference and

Docket Call on December 2, 2019, at 8:30 a.m.

SIGNED on September 16, 2019, at Houston, Texas.

                                   _____
                                                Lee H. Rosenthal
                                       Chief United States District Judge