IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABELARDO JASSO, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-4624 |
| | § | |
| PENNYMAC LOAN SERVICES, LLC, | § | |
| *et al.*, | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDA AND RECOMMENDATIONS, GRANTING MOTIONS FOR SUMMARY JUDGMENT, GRANTING DEFAULT JUDGMENT, AND ORDERING PROPOSED FORM OF JUDGMENT**

The court has reviewed the Memoranda and Recommendations of United States Magistrate Judge Christina Bryan signed on November 4, 2019, and has made a *de novo* determination of Judge Bryan's recommended dispositions. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation on the motions for summary judgment, (Docket Entry Nos. 16, 18, 25), as this court's Memorandum and Order. This court finds and concludes that summary judgment was properly granted. Judge Bryan's recommendations to grant summary judgment are consistent with and supported by the applicable legal standards and with the summary judgment records.

Based on the pleadings, the record, and the applicable law, the court also adopts the Memorandum and Recommendation granting the amended motion for final default judgment, (Docket Entry No. 29), as this court's Memorandum and Order. This court finds and concludes that default judgment was properly granted. Judge Bryan's recommendation to grant final

default judgment is consistent with and supported by the applicable legal standards and with the record evidence.

No later than **December 6, 2019**, the defendants must submit a proposed form of final judgment. Docket call is cancelled as unnecessary.

SIGNED on November 26, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge